IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TEVIN RAYSHAWN WILLIAMS,    )
                            )
            Petitioner,     )
                            )     1:19-cr-67-1
     v.                     )     1:22-cv-176
                            )
UNITED STATES OF AMERICA,   )
                            )
            Respondent.     )

## ORDER

The matter is before this court for review of the Recommendation ("Recommendation") filed on September 3, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 54.) In the Recommendation, the Magistrate Judge recommends that Petitioner's grounds for relief are without merit and should therefore be denied. The Recommendation was served on the parties in this action on September 3, 2024. (Doc. 55.) Petitioner timely filed objections, (Doc. 56), to the Recommendation.

This court is required to "make a _de novo_ determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter

to the [M]agistrate [J]udge with instructions." <u>Id.</u>

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a <u>de novo</u> determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that he Magistrate Judge's Recommendation, (Doc. 54), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Doc. 42), is **DENIED** and this matter is **DISMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 17th day of October, 2024.

                                                      /s/ William L. Osteen, Jr.
                                                     United States District Judge